UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA NACARINO, et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>KASHI COMPANY, <br><br>　　　　　Defendant. | Case No. 21-cv-07036-VC <br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE** |

The January 5 case management conference is vacated and discovery is stayed pending a ruling on the motion to dismiss.

**IT IS SO ORDERED.**

Dated: December 31, 2021

_____
VINCE CHHABRIA
United States District Judge