**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 North Clark Street
Chicago, IL 60654
Phone:       (312) 222-9350
Facsimile:   (312) 527-0484

**JENNER & BLOCK LLP**
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071
Phone:       (213) 239-5100
Facsimile:   (213) 239-5199

Attorneys for Defendant
Kashi Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA NACARINO, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>KASHI COMPANY,<br><br>             Defendant. | Case No. 3:21-cv-7036-VC<br><br>The Honorable Vince Chhabria<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Defendant Kashi Company respectfully requests leave to file the attached Notice of Supplemental Authority, which attaches a web page that the FDA posted on January 11, 2022 regarding the method of protein calculation food manufacturers must use when making protein nutrient content claims.[1]  This guidance, which the FDA did not issue until after the December 16, 2021 hearing on Kashi's motion to dismiss, indisputably bears on the core question before the Court: whether the applicable FDA regulations permit Kashi to make protein nutrient content claims based on the nitrogen method set forth by 21 C.F.R. § 101.9(c)(7).  Because Local Rule 7-3(d) generally provides that no additional papers can be filed without leave of court once a reply brief is filed, Kashi respectfully requests that the Court grant it leave to submit the attached notice of supplemental authority.

Prior to filing this motion, counsel for Kashi contacted counsel for Plaintiffs to determine whether Plaintiffs would oppose this administrative motion for leave to file a notice of supplemental authority. Plaintiffs' counsel, Kali Backer, stated that Plaintiffs would oppose this motion.

DATED:  January 13, 2022                    JENNER & BLOCK LLP

                                            By:      /s/ Dean N. Panos
                                                       Dean N. Panos

                                            Attorneys for Defendant
                                            Kashi Company

---

[1] The FDA web page, which is available at https://www.fda.gov/food/food-labeling-nutrition/industry-resources-changes-nutrition-facts-label#LabelClaims, states: "Content current as of: 01/11/2022."