**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 North Clark Street
Chicago, IL 60654
Phone:        (312) 222-9350
Facsimile:    (312) 527-0484

**JENNER & BLOCK LLP**
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071
Phone:        (213) 239-5100
Facsimile:    (213) 239-5199

Attorneys for Defendant
Kashi Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA NACARINO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KASHI COMPANY, <br><br> Defendant. | Case No. 3:21-cv-7036-VC <br><br> The Honorable Vince Chhabria <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF KASHI COMPANY'S MOTION TO DISMISS** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

On January 11, 2022, following the December 16, 2021 hearing on Kashi's motion to dismiss, the FDA posted a web page titled "Industry Resources on the Changes to the Nutrition Facts Label," a true and correct copy of which is attached as **Exhibit A**.[1]  The web page identifies "resources and the most frequently asked questions we have received via our inquiry form, and during presentations made to various stakeholder groups."  The web page then states, in relevant part:

**Label Claims**

**There are separate methods for determining the number of grams of protein in a serving for declaration on the Nutrition Facts label and for determining the percent Daily Value of protein for the Nutrition Facts label (21 CFR 101.9(c)(7)). Which method should be used when calculating protein values for use in protein nutrient content claims?**

The regulation for nutrient content claims in 21 CFR 101.13(o) states that, except as provided in 21 CFR 101.10, compliance with requirements for nutrient content claims in this section and in the regulation in subpart D of this part, will be determined using the analytical methodology prescribed for determining compliance with nutrition labeling in 21 CFR 101.9.

By design, 21 CFR 101.9(c)(7) specifically provides for two different methods for determining protein values. The regulation states, in 21 CFR 101.9(c)(7), that protein content may be calculated on the basis of the factor 6.25 times the nitrogen content of the food as determined by the appropriate method of analysis as given in the "Official Methods of Analysis of the AOAC International," except that when official AOAC procedures described in 21 CFR 101.9(c)(7) require a specific factor other than 6.25, that specific factor shall be used. Additionally, 21 CFR 101.9(c)(7)(ii) provides the method for determining protein content using the protein digestibility-corrected amino acid score for use in calculating the percent Daily Value.

Determination of compliance for protein nutrient content claims will be based on the use of the methods provided in 21 CFR 101.9(c)(7), including either of the methods mentioned above.

---

[1] The FDA web page, which is available at https://www.fda.gov/food/food-labeling-nutrition/industry-resources-changes-nutrition-facts-label#LabelClaims, states "Content current as of: 01/11/2022."

DATED:  January 13, 2022                    JENNER & BLOCK LLP

                                        By:  _____/s/ Dean N. Panos_____
                                                    Dean N. Panos

                                            Attorneys for Defendant
                                            Kashi Company