UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA NACARINO, et al.,<br><br>        Plaintiff,<br><br>       v.<br><br>KASHI COMPANY,<br><br>        Defendant. | 21-cv-07036-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  February 10, 2022

_____

VINCE CHHABRIA
United States District Judge